UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DeRay McKesson, | * | |
| Kira Marrero, | * | |
| Gloria La Riva, and | * | |
| Brandon Wayne Erp | * | |
| Plaintiffs | * | |
| | * | Civil Action No. 3:16-cv-00520 |
| Versus | * | |
| | * | |
| City of Baton Rouge | * | **CLASS ACTION COMPLAINT** |
| East Baton Rouge Parish | * | |
| Melvin "Kip" Holden, Mayor – Parish President, | * | |
| Carl Dabadie, Jr., Chief of Police, Baton Rouge, and | * | |
| Sid J. Gautreaux, III, Sheriff, | * | Judge John W. DeGravelles |
|     East Baton Rouge Parish | * | |
| Col. Michael Edmonson, Superintendent, | * | |
|     Louisiana State Police | * | |
| Hillar C. Moore, III, District Attorney | * | |
|     19th Judicial District, | * | |
|     East Baton Rouge Parish | * | |
| Defendants | * | Magistrate Erin Wilder-Doomes |

**FIRST AMENDED AND SUPPLEMENTAL
CLASS ACTION COMPLAINT FOR DAMAGES
FOR DEPRIVATION OF CIVIL RIGHTS**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, DeRay McKesson, Kira Marrero, Gloria La Riva and Brandon Wayne Erp, individually and on behalf of the proposed class, and hereby amend and supplement their original Class Action Complaint for Damages to: 1) add Brandon Wayne Erp as a named plaintiff and proposed class representative; 2) add Hillar C. Moore, III, District Attorney for the 19th Judicial District, East Baton Rouge Parish as a Defendant, in his official capacity; and 3) add allegations seeking orders requiring the East Baton Rouge Parish District Attorney, the Louisiana State Police, the East Baton Rouge

1

Parish Sheriff and the Baton Rouge Police Department to process and execute documents required to expunge the arrest records of all class members at no cost to the class members.

Plaintiffs hereby incorporate and adopt by reference the allegations, claims and causes of action contained in their original Class Action Complaint for Damages for Deprivation of Civil Rights.  Plaintiffs reserve the right to further amend or supplement their complaint.

Plaintiffs are entitled to move file this First Amended and Supplemental Class Action Complaint for Damages for Deprivation of Civil Rights as a matter of course and without leave of Court, pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure, because this motion is filed within 21 days of service of the original Class Action Complaint for Damages for Deprivation of Civil Rights, which occurred on August 11, 2016.  Plaintiffs have not previously amended their complaint.  Further, none of the defendants have filed responsive pleadings.

Plaintiffs hereby amend and supplement their original Class Action Complaint for Damages for Deprivation of Civil Rights by adding the following paragraphs, each of which is alleged upon information and belief:

**3.a.**

Plaintiff and proposed class representative, Brandon Wayne Erp, is a resident of Baton Rouge, Louisiana.  Mr. Erp was peacefully walking along Airline Highway near the Baton Rouge Police Headquarters on Saturday, July 9, 2016.  As Mr. Erp was leaving that location, law enforcement officers tackled him.  Law enforcement officers pointed rifles at Mr. Erp.  He was arrested about 7:30 p.m. on July 9, 2016 and charged with a single count of simple obstruction of a highway, per La. R.S. 14:97.  Mr. Erp was incarcerated until Wednesday, July 13, 2016.  To obtain Mr. Erp's release, the National Lawyers Guild posted a substantial bond and provided legal services pro bono. Mr. Erp was required to pay administrative fees to obtain his release.

Defendant, Hillar C. Moore, III, declined to prosecute the charges against Mr. Erp. He will have to pay additional fees and costs to have his arrest expunged. Mr. Erp will also have to incur attorney's fees to clear his criminal arrest record, as a result of defendants' conduct.

**10.a.**

Defendant, Hillar C. Moore, III is the District Attorney for the 19th Judicial District, East Baton Rouge Parish, Louisiana, who is sued in his official capacity. To obtain expungement of their arrest records, the plaintiffs and proposed class members require the cooperation and action of the District Attorney, including but not limited to the District Attorney: 1) verifying that the District Attorney's Office declined to prosecute the charge of violating La. R.S. 14:97; 2) stating that the person has no prior felony convictions; 2) agreeing to waiver of the $500 filing fee for expungement; and 4) executing an Affidavit of Response to the Motion for Expungement. Amicable demand was made upon Hillar C. Moore, III to provide a blanket Certification of Fee Waiver and a blanket Affidavit of Response to cover all class members, which was refused.

**69.a.**

Plaintiffs and class members are further entitled to and further pray for additional equitable and declaratory relief, beyond the relief requested in Paragraph 69, sub-paragraphs A through F of their original Class Action Complaint for Damages for Deprivation of Civil Rights, including but not limited to:

G. Entry of Orders requiring Col. Michael Edmonson and the Louisiana State Police to provide each class member their arrest and conviction records ("rap sheets"), which are required to obtain expungement of their arrest records;

H. Entry of Orders requiring District Attorney Hillar C. Moore, III to process and execute an Affidavit of Response pertaining to all class members or individual

3

Affidavits of Response for each of the class members, which is required to obtain expungement of their arrest records;

I. Entry of Orders requiring the Col. Michael Edmonson and the Louisiana Bureau of Criminal Identification and Information of the Louisiana State Police to process and execute an Affidavit of Response pertaining to all class members or individual Affidavits of Response for each of the class members, which is required to obtain expungement of their arrest records;

J. Entry of Orders requiring the Defendants, law enforcement agencies, who arrested class members to process and execute an Affidavit of Response pertaining to all class members or individual Affidavits of Response for each of the class members, which is required to obtain expungement of their arrest records;

K. Entry of Orders requiring District Attorney Hillar C. Moore, III to process and execute a Certification of Fee Waiver pertaining to all class members or individual Certifications of Fee Waiver for each of the class members, which is required to obtain expungement of their arrest records without paying the $500 per person filing fee; and

L. Entry of Orders requiring Defendants to perform such further actions as are necessary to expeditiously obtain expungement of class members' arrest records at no cost to the class members.

WHEREFORE, Plaintiffs, DeRay McKesson, Kira Marrero, Gloria La Riva and Brandon Wayne Erp, individually and on behalf of a proposed class of similarly situated persons, pray for declaratory or equitable relief and an award of compensatory damages, costs and attorneys' fees, in amounts to be proven at trial.

        Respectfully submitted,

        August 23, 2016

        __/s/ John K. Etter_____
        Roy J. Rodney, Jr. (La. Bar No. 2079)
        John K. Etter (La. Bar No. 25042)
        Rodney & Etter, LLC
        365 Canal Street, Suite 2690
        New Orleans, LA 70130
        Telephone: 504-483-3224
        Facsimile: 504-483-2259

### Certificate of Service

Undersigned counsel for plaintiffs hereby certifies that Defendants and the Attorney General for the State of Louisiana have been served with the foregoing First Amended and Supplemental Class Action Complaint for Damages for Deprivation of Civil Right by facsimile, e-mail transmission, facsimile or U.S. Mail, postage paid, at the addresses listed below.

New Orleans, Louisiana, this 23rd day of August, 2015.

        /s/ John K. Etter /
        _____
        John K. Etter

Hillar C. Moore, III
District Attorney
19th Judicial District, East Baton Rouge Parish
222 St. Louis Street, 5th Floor
Baton Rouge, LA 70802
Fax: 225-389-7860

City of Baton Rouge
Through Mayor – President
Melvin "Kip" Holden, Mayor – President
222 St. Louis Street, 3rd Floor
Baton Rouge, LA 70802

East Baton Rouge Parish
Through Parish Attorney
Lea Ann Batson
222 St. Louis Street, Room 902
Baton Rouge, LA 70821

Melvin "Kip" Holden, Mayor – President
222 St. Louis Street, 3rd Floor
Baton Rouge, LA 70802

Carl Dabadie, Jr., Chief of Police
9000 Airline Highway
Baton Rouge, LA 70815

Sid J. Gautreaux, III, Sheriff
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

Colonel Michael Edmonson
Louisiana State Police
7919 Independence Boulevard
Baton Rouge, LA 70806

Colonel Michael Edmondson
Through Hon. Jeff Landry
Attorney General
State of Louisiana
Litigation Division
1885 North 3rd Street
Baton Rouge, LA 70802
Fax:    225-326-6490
E-Mail: LitInfo@ag.state.la.us