UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DERAY MCKESSON, ET AL.**                     **CIVIL ACTION NO.**

**VERSUS**                                     **16-520-JWD-EWD**

**CITY OF BATON ROUGE, ET AL.**

## SCHEDULING CONFERENCE REPORT AND ORDER

The parties appeared for a scheduling conference in this matter on October 6, 2016.

**PRESENT:**

| | |
|---|---|
| **Roy J. Rodney, Jr.**<br>Counsel for plaintiffs,<br>DeRay McKesson, Kira<br>Marrero, Gloria La Riva,<br>Brandon Wayne Erp | **Deelee Morris**<br>**Tedrick K. Knightshead**<br>Counsel for defendants,<br>City of Baton Rouge, East<br>Baton Rouge Parish, Melvin<br>Kip Holden, Carl Dabadie, Jr. |
| **Mary G. Erlingson**<br>Counsel for defendant,<br>Sid J. Gautreaux, III | **Dennis Phayer**<br>Counsel for defendant,<br>Michael D. Edmonson |
| **Dale R. Lee**<br>Counsel for Defendant,<br>Hillar C. Moore, III | |

Counsel and the court discussed the status of this matter. During the conference, counsel reached an agreement in principle to amicably resolve the matter. In light of the possibility that this matter will be resolved, the court finds good cause to defer entry of a Scheduling Order.

**IT IS HEREBY ORDERED** that the deadlines for Plaintiffs to file opposition memoranda to the pending Motions to Dismiss[1] are **SUSPENDED** until further order of the Court to permit the parties time to finalize a settlement agreement.

**IT IS FURTHER ORDERED** that a telephone status conference is set for **October 21, 2016 at 10:30 a.m.** Plaintiffs' counsel shall initiate the call and contact the court at (225) 89-3584 once all counsel on are the phone. During the conference, counsel will be prepared to provide an update on the status of the

---

[1] R. Docs. 25, 26, 28 and 41.

CV32aT2:00

settlement agreement and to discuss a schedule for presentation of the settlement agreement to the court for approval.

Signed in Baton Rouge, Louisiana, on October 7, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**