## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DERAY MCKESSON, ET AL.**                                         **CIVIL ACTION NO.**

**VERSUS**                                                                           **16-520-JWD-EWD**

**CITY OF BATON ROUGE, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

The parties appeared for a telephone status conference in this matter on October 21, 2016.

**PRESENT:**

| | |
|---|---|
| **Roy J. Rodney, Jr.**<br>Counsel for plaintiffs,<br>DeRay McKesson, Kira<br>Marrero, Gloria La Riva,<br>Brandon Wayne Erp | **Alan Rome**<br>**Deelee Morris**<br>**Tedrick K. Knightshead**<br>Counsel for defendants,<br>City of Baton Rouge, East<br>Baton Rouge Parish, Melvin<br>Kip Holden, Carl Dabadie, Jr. |
| **Mary G. Erlingson**<br>Counsel for defendant,<br>Sid J. Gautreaux, III | **Dennis Phayer**<br>Counsel for defendant,<br>Michael D. Edmonson |
| **Mark Dumé**<br>Counsel for Defendant,<br>Hillar C. Moore, III | |

Counsel and the court discussed the status of this matter.

**IT IS ORDERED** that a telephone status conference is set for **November 3, 2016 at 3:30 p.m.** Plaintiffs' counsel shall initiate the call and contact the court at (225) 89-3584 once all counsel on are the phone.

Signed in Baton Rouge, Louisiana, on October 24, 2016.

                                                              **ERIN WILDER-DOOMES**
                                                              **UNITED STATES MAGISTRATE JUDGE**