UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DERAY MCKESSON, ET AL.**                                        **CIVIL ACTION NO.**

**VERSUS**                                                                       **16-520-JWD-EWD**

**CITY OF BATON ROUGE, ET AL.**

### TELEPHONE CONFERENCE REPORT AND ORDER

The parties appeared for a telephone status conference before Magistrate Judge Erin Wilder-Doomes in this matter on November 10, 2016.

**PRESENT:**

| | |
|---|---|
| **John K. Etter** <br> **Roy J. Rodney, Jr.** <br> Counsel for plaintiffs, <br> DeRay McKesson, Kira Marrero, Gloria La Riva, Brandon Wayne Erp | **Alan Rome** <br> **Deelee Morris** <br> **Tedrick K. Knightshead** <br> Counsel for defendants, <br> City of Baton Rouge, East Baton Rouge Parish, Melvin Kip Holden, Carl Dabadie, Jr. |
| **Catherine S. St. Pierre** <br> **Mary G. Erlingson** <br> Counsel for defendant, <br> Sid J. Gautreaux, III | **Dennis J. Phayer** <br> **Eugene Cicardo, Jr.** <br> **Kathy Williams** <br> Counsel for defendant, <br> Michael D. Edmonson |
| **Dale R. Lee** <br> Counsel for defendant, <br> Hillar C. Moore, III | |

Counsel and the court discussed the status of this matter.

**IT IS HEREBY ORDERED** that the parties shall file their joint motion for approval of the settlement agreement in this matter no later than **November 18, 2016**.

Signed in Baton Rouge, Louisiana, on November 10, 2016.

*[signature]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

CV38aT0:15