UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**DERAY MCKESSON, KIRA MARRERO,
GLORIA LA RIVA and BRANDON WAYNE
ERP**

**VERSUS**

**CITY OF BATON ROUGE, EAST BATON
ROUGE PARISH, MELVIN "KIP" HOLDEN,
MAYOR PARISH PRESIDENT, CARL
DABADIE, JR., CHIEF OF POLICE, BATON
ROUGE, AND SID J. GAUTREAUX, III, SHERIFF
OF EAST BATON ROUGE PARISH, COL.
MICHAEL EDMONSON, SUPERINTENDENT,
LOUISIANA STATE POLICE**

**CIVIL ACTION**

**NO.  3:16-CV-00520-JWD-EWD**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION FOR PRELIMINARY APPROVAL OF
SETTLEMENT AGREEMENT, FORM, CONTENT AND
MANNER OF NOTICE DISTRIBUTION AND PUBLICATION,
AND CERTIFICATION FOR SETTLEMENT PURPOSES ONLY**

NOW INTO COURT, through undersigned counsel, comes DERAY MCKESSON, KIRA MARRERO, GLORIA LA RIVA, AND BRANDON WAYNE ERP on their behalf and on behalf of all others similarly situated and defendants, CITY OF BATON ROUGE, EAST BATON ROUGE PARISH, MELVIN "KIP" HOLDEN, MAYOR PARISH PRESIDENT, CARL DABADIE, JR., CHIEF OF POLICE, BATON ROUGE, AND SID J. GAUTREAUX, III, SHERIFF OF EAST BATON ROUGE PARISH, COL. MICHAEL EDMONSON, SUPERINTENDENT, LOUISIANA STATE POLICE, and HILLAR C. MOORE, III, DISTRICT ATTORNEY FOR THE 19TH JUDICIAL DISTRICT COURT, EAST BATON ROUGE PARISH, who hereby move this Honorable Court as follows:

1

1.

Class Counsel, on behalf of the Class, Defendants CITY OF BATON ROUGE, EAST BATON ROUGE PARISH, MELVIN "KIP" HOLDEN, MAYOR PARISH PRESIDENT, CARL DABADIE, JR., CHIEF OF POLICE, BATON ROUGE, AND SID J. GAUTREAUX, III, SHERIFF OF EAST BATON ROUGE PARISH, COL. MICHAEL EDMONSON, SUPERINTENDENT, LOUISIANA STATE POLICE,  HILLAR C. MOORE, III, DISTRICT ATTORNEY FOR THE 19TH JUDICIAL DISTRICT COURT, EAST BATON ROUGE PARISH and AIX GROUP DOING BUSINESS AS (DBA) NOVA  (hereinafter referred to as "Nova") have agreed on a proposed compromise settlement of all claims of the Class against Defendants, Nova and all related parties, all terms, definitions, provisions, reservations and conditions thereof, as more particularly set forth in the attached MEMORANDUM OF UNDERSTANDING (MOU), which memorializes a settlement agreement reached by all parties on November 28, 2016, attached as Exhibit A, all of which terms, definitions, provisions, reservations and conditions are made part of this Motion. Agreement to the terms of the settlement agreement by the City of Baton Rouge, Carl Dabadie, and Mayor Kip Holden is contingent on Metropolitan Council Approval.

2.

The purpose and intent of all parties to this proposed settlement are (a) to settle any and all claims of any type related to any Class Members arising out of Plaintiffs' arrests, detention and incarceration pursuant to La. R.S. 14:97 while protesting in Baton Rouge, Louisiana between July 6, 2016 and July 11, 2016, specifically including any and all claims brought in the Litigation against the Defendants, as well as any and all other later claims brought in any other actions and lawsuits arising out

2

of Plaintiffs' arrests detention and incarceration pursuant to La. R.S. 14:97 while protesting in Baton Rouge, Louisiana between July 6, 2016 and July 11, 2016; (b) to terminate and extinguish any liability of Defendants, Nova and the related parties for all released claims of the Class Members, and (c) to dismiss on the merits and with prejudice any and all claims of the Class Members and the Class Action against Defendants, Nova and the related parties.

3.

The parties now seek preliminary approval from this Court of the terms of this agreement and the proposed plan of notice as outlined in the supporting memorandum.

WHEREFORE, Movers pray:

1. That the Court review the proposed MOU/Settlement Agreement attached to this Motion, and that the settlement contained therein be preliminarily approved by the Court as fair and reasonable, entered into in good faith and without collusion, and within the range of judicial approval;

2. That the Court certify this matter as a class action for settlement purposes only;

3. That the Court approve the plan for management of the settlement set forth in the supporting memorandum and the MOU/Settlement Agreement;

4. That the Court approve the claim form and the form of notice of the proposed settlement of the Class Action, as defined in the MOU/Settlement Agreement, and conduct a Fairness Hearing to consider matters in connection with the proposed settlement and order its dissemination to Class Members;

5. That the Court assign the proposed settlement for a Fairness Hearing and consider any objections presented to the settlement or any condition included therein, during the course of such Fairness Hearing;

6. That in due course, and after appropriate notices and hearings, the proposed settlement be finally approved by the Court and that the settlement benefits be disbursed;

7. That final judgment be entered by the Court, approving the settlement, and all terms thereof as provided in the MOU/Settlement Agreement and dismissing on the merits and with prejudice: this case; the Class Action; all claims of the Class Members against Defendants, Nova and the related parties; and all released claims of the Class Members against Defendants, Nova and the related parties;

8. That the Court appoint DeRay McKesson, Kira Marrero, Gloria La Riva, and Brandon Wayne Erp as class representatives in this matter;

9. That the Court appoint Roy J. Rodney, Jr. and John Etter, Rodney & Etter, LLC as Claims Administrator;

10. That Roy J. Rodney, Jr. and John Etter, Rodney & Etter, LLC be appointed as Class Counsel;

12. That the Court maintain continuing jurisdiction over the settlement proceedings to insure the effectuation thereof for the benefit of the Class; and

13. For any other relief indicated or justified in the premise.

               **By Attorneys:**

               __/s/ Roy J. Rodney, Jr._____
               Roy J. Rodney, Jr. (La. Bar No. 2079)
               John K. Etter (La. Bar No. 25042)
               **Rodney & Etter, LLC**
               365 Canal Street, Suite 2690
               New Orleans, LA 70130
               Telephone: 504-483-3224
               Facsimile: 504-483-2259

E-Mail: rjr@rodneylaw.com
E-Mail: jke@rodneylaw.com
Attorneys for Plaintiffs

AND

*/s/ Celeste Brustowicz*_____
**Burglass and Tankersley, LLC**
Dennis J. Phayer (10408)
dphayer@burglass.com
Celeste Brustowicz (16835)
cbrustowicz@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428
Fax: (504) 287-0468
Attorneys for defendant, Colonel Michael Edmonson, Superintendent of the Louisiana State Police, in his official capacity

AND

/s/ Deelee S. Morris /_____
Deelee S. Morris (#28775)
Assistant Parish Attorney
Tedrick K. Knightshead (#28851)
First Assistant Parish Attorney
225 St. Louis Street, 9th Floor
Baton Rouge, LA 70802
Tel: 225-389-3114
Fax: 225-389-8736
E-Mail: dsmorris@brgov.com
Attorneys for City of Baton Rouge / East Baton Rouge Parish, Police Chief Carl Dabadie, Jr., and Mayor Melvin "Kip" Holden

AND

/s/ Dale R. Lee /_____
Dale R. Lee (#20919)
East Baton Rouge Parish
District Attorney's Office
222 St. Louis Street, 5th Floor
Baton Rouge, LA 70802

        Tel: 225-389-3435
        E-Mail: dale.lee@ebrda.org
        Attorney for Hillar C. Moore, III

And

*s/ Catherine S. St. Pierre/*
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
TARA L. JOHNSTON (#28100)
**ERLINGSON BANKS, PLLC**
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
Attorneys for Sheriff Sid Gautreaux

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Joint Motion for Preliminary Approval of Settlement Agreement, Form, Content, and Manner of Notice Distribution and Publication, and Certification for Settlement Purposes Only was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 29th day of November, 2016.

        */s/Catherine S. St. Pierre*
        Catherine S. St. Pierre