UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERAY MCKESSON, ET AL** ) | CIVIL ACTION NO. 3:16-cv-00520 |
| ) | |
| v. ) | (CLASS ACTION) |
| ) | |
| **CITY OF BATON ROUGE, ET AL** ) | JUDGE JOHN W. DEGRAVELLES |
| ) | MAGISTRATE ERIN WILDER-DOOMES |

**Proposed Class Forms and Request for Fairness Hearing, Settlement Approval and Class Certification**

Comes, defendant, Colonel Michael Edmonson, Superintendent of the Louisiana State Police, in his official capacity, and submits counsel approved class forms as follows:

1. Following a hearing and a telephone conference with court and counsel the following forms 1 – 4 have been approved by counsel;

2. The concerns of the court and counsel have now been fully addressed and resolved; the matter is ready to proceed to hearing settlement approval, a fairness hearing and class certification.

Respectfully submitted,

*/s/ Celeste Brustowicz*

**Burglass and Tankersley, LLC**
Dennis J. Phayer (10408)
dphayer@burglass.com
Celeste Brustowicz (16835)
cbrustowicz@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428

{00617761 - v1}

Fax: (504) 287-0468
Attorneys for defendant, Colonel Michael Edmonson, Superintendent of the Louisiana State Police, in his official capacity

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2017, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

*/s/ Celeste Brustowicz*
_____

{00617761 - v1}                              2