UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DERAY MCKESSON, ET AL | CIVIL ACTION NO. 3:16-cv-00520 |
| | (CLASS ACTION) |
| v. | |
| | JUDGE JOHN W. DEGRAVELLES |
| CITY OF BATON ROUGE, ET AL | |
| | MAG. ERIN WILDER-DOOMES |

## Notice of Proposed Class Action Settlement
### YOU ARE NOT BEING SUED

This NOTICE informs you of a proposed settlement of a class action claim against Colonel Michael Edmonson, City of Baton Rouge/Parish of East Baton Rouge, Baton Rouge Police Chief Carl Dabadie, Jr., Mayor "Kip" Holden, Sheriff Sid Gautreaux and East Baton Rouge District Attorney, Hillar C. Moore, III arising out of protests and arrests in Baton Rouge, Louisiana from July 5-11, 2016

This Notice advises you of your rights with respect to the Settlement, including the possible right to receive payment, as well as your right to opt out of the Settlement or object to the Settlement. This Notice is sent to you because you have been identified as a member of the class of persons who may be entitled to the benefits provided by the Settlement Agreement.

This is Notice of YOUR Legal Rights ------------ Please Read this Notice Carefully

### READ THIS FIRST

#### Why did I receive this notice?

You were sent this notice because you have been identified as a member of the class of persons who may be entitled to the benefits provided by the settlement agreement.

#### Do I have to do anything?

If the Court approves the Settlement and it becomes effective, you will be entitled to file a claim form together with supporting documentation showing your entitlement to a payment under the automatic payment fund.

You may Object to the proposed Settlement during the Period of Objection.

If you wish, you may exclude yourself from the class, in which case you will have the right to file any claim you may have against the defendants on your own and at your own expense.

{00615732 - v1}

EXHIBIT 1

### What if my address has changed?

To ensure the Court has your correct address: call Class Counsel at 504-483-3224 or notify Class Counsel by email: rjr@rodneylaw.com or jke@rodneylaw.com.

### What if I have a question?

Call Class Counsel at 504-483-3224 or notify Class Counsel by email: rjr@rodneylaw.com or jke@rodneylaw.com.

### Who was in the class and what is the settlement?

The class consists of all those persons who protested from July 5 through July 11, 2016 in Baton Rouge Louisiana and were arrested for the single charge of Simple Obstruction of a Highway of Commerce and had no outstanding warrants. Under the Settlement, you were entitled to file the claim form, which is included in this notice, for an automatic payment of $500, reimbursement of any fee paid to obtain a bond from a bondsman, return of any cash bond posted without payment of bond release fees, and to have your arrest record expunged as relates to the obstruction of highway charge and subject to the terms of the Settlement Agreement. Acceptance of settlement funds includes settlement of all claims you have arising out of your arrest, including emotional and physical injury, lost wages, medical expenses, and any other claims.

### Opting Out

You have the right to request exclusion from the Settlement by advising Class Counsel in writing at the address given below. If you elect to Opt Out, you will not receive the payment or any other of the other benefits of the Settlement. If you want to Opt Out, you must mail a request for exclusion on or before add date. All Opt Out requests received after such date shall be of no force or effect. If you elect to Opt Out, you must fill out, sign, and date the enclosed Opt Out Form and mail it to Class Counsel on or before date.

### Objections

If you are a member of the class, you have the right to object in writing to any part of the proposed settlement.

To object, you must file with the court no later than date, the written objection referring specifically to the *McKesson v. City of Baton Rouge*, et al pending before the court of the United States District Court for the Middle District, of Louisiana, civil action number, 3:16-cv-00520-JWD-EWD, that includes: your full name and address sufficient to identify him membership in the class; (B) a notice of intention to appear; (C) the specific ground for the objection, as well as all documents or writing that you desire the court to consider; and (D) identification of any previously filed objections filed by you or any attorney representing you.

Except for good cause shown, any objector who has not timely filed and served written objections with the requisite information will not be allowed to be heard at the hearing. Any person who fails to appear at the hearing will be deemed to have waived any such objections. To file the objection with the Court, you must mail or personally deliver the original of the written objection by add date

Please do not call the Court. You must also mail your written objections by the same date to clerk of the Middle District. United States District Court, Middle District of Louisiana, Clerk of Court, 777 Florida

{00615732 - v1}

Street, Suite 139, Baton Rouge, LA 70801

## Hearing on the Settlement

The court will hold a hearing to consider the fairness and adequacy of this Proposed Settlement on blank at blank a.m. at the United States District Court, Middle District of Louisiana, Courtroom #5, 707 Florida Blvd., Baton Rouge, LA.

## ATTACHMENTS

Opt Out Form

Claim Form

Objection & Settlement