UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DERAY MCKESSON, ET AL    ) | CIVIL ACTION NO. 3:16-cv-00520 |
| ) | |
| v.      ) | (CLASS ACTION) |
| ) | |
| ) | JUDGE JOHN W. DEGRAVELLES |
| CITY OF BATON ROUGE, ET AL  ) | |
| ) | MAG. ERIN WILDER-DOOMES |

**Defendants Memorandum on Preliminary Approval of Settlement Agreement
Following 5/1/17 Court Conference**

Comes all defendants through undersigned counsel and submit to the court this joint memorandum which satisfies the concerns expressed in the March 1, 2017 hearing report and order (Rec. Doc. 63):

NUMEROSITY

The original complaint stated there were 185 individuals who might be class members (Rec. Doc.1). The parties have not engaged in formal discovery but have exchanged information necessary to make these and prior representations. In fact, 181 individuals were arrested during the protest period. Of those, 97 were for the single violation of simple obstruction of a state highway. The class definition, as set forth in paragraph 4 of the Complaint (Rec. Doc. 1), includes only those charged with La. R.S. 14:97 (simple obstruction of a state highway). Of the 97 individuals, 28 were also arrested on outstanding warrants thus excluding those 28 from the proposed settlement class. The proposed settlement class consists of 79 individuals whose name and address information is known to the attorneys. This information comes from the booking records.

{00634240 - v1}

### TYPICALITY

It is true that some proposed class members stayed in jail longer than others; agreement has been reached to account for this difference by a tiered settlement figure based on days in jail. Based upon information and belief, the proposed class members have not sought medical counseling or treatment. The proposed settlement includes expungement the criminal record related to these particular arrests thus negating/diminishing future damages. Lost wage claims are, on information and belief, thought to be de-minimis. And, while it is believed that most class members did not retain counsel related to the arrest and bonding out of jail those that did were, to the best of our knowledge, served by volunteer attorneys who made their own claim and resolved it months ago. Further, defendants submit that they each have a variety of defenses that could and would be urged should this matter not conclude by settlement

### ADEQUATE REPRESENTATION

Mr. Erp had an outstanding warrant at the time of arrest and is therefore no longer a class member. The other class representatives are, on formation and belief, not class representatives in other litigation. Counsel for plaintiffs will address the issue of local representative.

### NOTICE

Attached are the forms we propose using. The opt-out card will be self-addressed and stamped and ready for mailing Plaintiff counsel will use the most accurate information we have for addresses- the booking records. Everything will be mailed by first class mail. All returned notices will result in the attorneys consulting and using their respective resources to obtain better address information.

Respectfully submitted,

**Assistant Parish Attorney**

*S/ Deelee S. Morris*

Deelee S. Morris (28775)
Tedrick K. Knightshead (28851)
225 St. Louis Street, 9th Floor
Baton Rouge, LA 70802
Tel: (225) 389-3114
Fax: (225) 389-8736
Attorneys for defendants, East Baton Rouge Parish, Melvin Kip Holden, Carl Dabadie, Jr. and City of Baton Rouge


**Alan Gregory Rome, Esq.**

*S/ Alan Gregory Rome*

Alan Gregory Rome (21062)
201 Napoleon Street
Baton Rouge, LA 70802
Tel: (225) 248-1234
Fax: (225) 1238
Attorneys for defendants, East Baton Rouge Parish, Melvin Kip Holden, Carl Dabadie, Jr. and City of Baton Rouge


**Erlingson Banks, PLLC**

*S/ Mary Erlingson*

Mary G. Erlingson (19562)
Catherine S. St. Pierre (18419)
One American Place
301 Main Street, Suite 2110
Baton Rouge, LA 70801
Tel: (225) 218-4446
Fax: (225) 246-2876
Attorneys for defendant, Sid J. Gautreaux, III

**East Baton Rouge Parish**
**District Attorney's Office**

*S/ Dale r. Lee*
_____
Dale R. Lee (20919)
222 St. Louis Street, 5th Floor
Baton Rouge, LA 70802
Tel: (225) 389-3453
Fax: (225) 389-5156
Attorneys for defendant, Hillar C. Moore, III

**Burglass and Tankersley, LLC**

*S/ Celeste Brustowicz*
_____
Dennis J. Phayer (10408)
Celeste Brustowicz (16835)
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428
Fax: (504) 287-0468
Attorneys for defendant, Colonel Michael Edmonson, Superintendent of the Louisiana State Police, in his official capacity

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2017, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

S/ Celeste Brustowicz
_____