UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DeRay McKesson, | * | |
| Kira Marrero and | * | |
| Gloria La Riva | * | |
| Plaintiffs | * | |
| | * | Civil Action No. 3:16-cv-00520 |
| Versus | * | |
| | * | |
| City of Baton Rouge | * | CLASS ACTION |
| East Baton Rouge Parish | * | |
| Melvin "Kip" Holden, Mayor – Parish President, | * | |
| Carl Dabadie, Jr., Chief of Police, Baton Rouge, and | * | |
| Sid J. Gautreaux, III, Sheriff, | * | Judge John W. DeGravelles |
|     East Baton Rouge Parish | * | |
| Col. Michael Edmonson, Superintendent, | * | |
|     Louisiana State Police | * | |
| Hillar C. Moore, III, District Attorney | * | |
|     19th Judicial District, | * | |
|     East Baton Rouge Parish | * | |
| Defendants | * | Magistrate Erin Wilder-Doomes |

**MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, DeRay McKesson, Gloria LaRiva and Kira Marrero, and move for final approval of the settlement of this class action with Defendants, the City of Baton Rouge, East Baton Rouge Parish, Melvin "Kip" Holden, Mayor – Parish President, Sid J Gautreaux, III, Sheriff, East Baton Rouge Parish, Col. Michael Edmonson, Superintendent, Louisiana State Police, and Hillar C. Moore, III, District Attorney, 19th Judicial District, East Baton Rouge Parish, per Rule 23 ( e) of the Federal Rules of Civil Procedure.

The parties reached agreement to settle on November 28, 2016. The First Amended Memorandum of Understanding was executed on May 1, 2017 (Exhibit 1), and was preliminarily

1

approved by this Court on May 30, 2017 (Order and Reasons, Document 80).  Notice has been provided to all class members, and no one timely filed an objection to the settlement terms.

Plaintiffs reserve the right to present testimony, affidavits and other evidence at the final approval hearing.

**WHEREFORE**, for the foregoing reasons and the reasons contained in the attached supporting memorandum, Plaintiffs, DeRay McKesson, Gloria LaRiva and Kira Marrero, pray that this Court grant this motion for final approval of the class settlement and enter the attached proposed Judgment.

Respectfully submitted,

  /s/ John K. Etter
Roy J. Rodney, Jr. (La. Bar No. 2079)
John K. Etter (La. Bar No. 25042)
Rodney & Etter, LLC
365 Canal Street, Suite 2690
New Orleans, LA 70130
Telephone: 504-483-3224
Facsimile: 504-483-2259
E-Mail: rjr@rodneylaw.com
E-Mail: jke@rodneylaw.com

Certificate of Service

Undersigned counsel for plaintiffs hereby certifies that all counsels have been served with the foregoing pleading via the Court's CM-ECF electronic filing system.

New Orleans, Louisiana, this 18th day of August, 2017.

  /s/ John K. Etter /

John K. Etter