UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DeRay McKesson, | * | |
| Kira Marrero and | * | |
| Gloria La Riva | * | |
| Plaintiffs | * | |
| | * | Civil Action No. 3:16-cv-00520 |
| Versus | * | |
| | * | |
| City of Baton Rouge | * | CLASS ACTION |
| East Baton Rouge Parish | * | |
| Melvin "Kip" Holden, Mayor – Parish President, | * | |
| Carl Dabadie, Jr., Chief of Police, Baton Rouge, and | * | |
| Sid J. Gautreaux, III, Sheriff, | * | Judge John W. DeGravelles |
|    East Baton Rouge Parish | * | |
| Col. Michael Edmonson, Superintendent, | * | |
|    Louisiana State Police | * | |
| Hillar C. Moore, III, District Attorney | * | |
|    19th Judicial District, | * | |
|    East Baton Rouge Parish | * | |
| Defendants | * | Magistrate Erin Wilder-Doomes |

**MOTION FOR LEAVE TO FILE EXCESS PAGES
AND MOTION TO SUBSTITUTE PLEADING**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, DeRay McKesson, Kira Marrero and Gloria La Riva, individually, and on behalf of a class of similarly situated persons, in response to this Court's Notice of Non-Compliance (Doc. 86, entered August 21, 2017), and respectfully move for leave to file the attached Memorandum in Support of Motion for Final Approval of Class Action Settlement, which contains 23 pages, per Local Rule 7(g). Plaintiffs also move to substitute the attached pleading in place of plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement (Document No. 85-1, filed August 18, 2017). Leave to file excess pages should be granted for the reasons contained in the attached memorandum in support.

1

WHEREFORE, for the foregoing reasons and for the reasons contained in the attached supporting memorandum, Plaintiffs, DeRay McKesson, et al, pray that this Court grant this Motion for Leave to File Excess Pages, and substitute the attached Memorandum in Support of Motion for Final Approval of Class Action Settlement in place of plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement (Document No. 85-1, filed August 18, 2017).

Respectfully submitted,

__/s/ John K. Etter_____

Roy J. Rodney, Jr. (La. Bar No. 2079)
John K. Etter (La. Bar No. 25042)
Rodney & Etter, LLC
365 Canal Street, Suite 2690
New Orleans, LA 70130
Telephone: 504-483-3224
Facsimile: 504-483-2259
E-Mail: rjr@rodneylaw.com
E-Mail: jke@rodneylaw.com

Certificate of Service

Undersigned counsel for plaintiffs hereby certifies that all counsels have been served with the foregoing Motion for Leave to File Excess Pages and Motion to Substitute Pleading via the Court's CM-ECF electronic filing system. New Orleans, Louisiana, this 22nd day of August, 2017.

__/s/ John K. Etter /_____

John K. Etter