**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DeRay McKesson, Kira Marrero and Gloria La Riva** | **CIVIL ACTION No.: 3:16-CV-520** |
| **V.** | **JUDGE: JOHN W. DeGRAVELLES** |
| **City of Baton Rouge, East Baton Rouge Parish, Melvin "Kip" Holden Mayor- Parish Presidence, Carl Dabadie, Jr., Chief of Police, Baton Rouge, and Sid J. Gautreaux, III, Sheriff, East Baton Rouge Parish, Col. Michael Edmonson, Superintendent, Louisiana State Police** | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## ORDER

Considering the foregoing Joint Motion for Approval of Cy Pres Award:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Approval of Cy Pres Award is GRANTED and it is hereby ordered that Plaintiffs' Counsel shall continue to distribute the unclaimed settlement funds until, in their discretion, they have determined that no more distributions can be made. Further, if Plaintiffs' Counsel is unable to locate the appropriate party to whom to distribute the settlement funds, Plaintiffs' Counsel shall donate the funds to Southern University Law School's Justice Revius Ortique, Law Clinic Program.

BATON ROUGE, LOUISIANA, this __24th__ day of __July__, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA